IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jaime B. Medrano,<br><br>　　　　　　Petitioner,<br><br>vs.<br><br>United States Parole Commission,<br><br>　　　　　　Respondent. | No. CV-14-2294-TUC-JGZ<br><br>**ORDER** |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge D. Leslie A. Bowman that recommends dismissing Petitioner's habeas petition filed pursuant to 28 U.S.C. §2241.  (Doc. 24.)  As thoroughly explained by Magistrate Judge Bowman, Petitioner is not entitled to relief because he failed to exhaust his administrative remedies prior to filing his Petition and because his Petition is without merit.  As Petitioner's objections do not undermine the analysis and proper conclusion reached by Magistrate Judge Bowman, Petitioner's objections are rejected and the Report and Recommendation is adopted.

//
//
//
//
//
//
//

Accordingly, IT IS HEREBY ORDERED as follows:

1. The Report and Recommendation (Doc. 24) is accepted and adopted;
2. Petitioner's Motion to Amend the Caption (Doc. 15) is DENIED AS MOOT;
3. Petitioner's Motion to Summarily Decide the Issue of Exhaustion (Doc. 16) is DENIED;
4. Petitioner's Motion for a Hearing (Doc. 21) is DENIED AS MOOT;
5. Petitioner's Motion for Extension of Time to File Reply (Doc. 26) is DENIED AS MOOT;
6. Petitioner's §2241 Petition (Doc. 1) is denied and this case is dismissed without prejudice for failure to exhaust;
7. The Clerk of the Court shall enter judgment accordingly and close the file in this matter.

Dated this 11th day of March, 2015.

Jennifer G. Zipps
United States District Judge

- 2 -